# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| LONNIE TERREL CARR, SR. | CIVIL ACTION NO. 06-1106-P |
| VERSUS | JUDGE HICKS |
| STEVE PRATOR | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 17th day of October, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE